ELIZA RAMBERT, as Administratrix, etc., of FRANK GRANT, Deceased, Respondent, v. MERIDIAN SECURITIES CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of A. H. DuGRENIER, INC., Principal, and STEWART & McGUIRE, INC., Agent, Petitioners, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent, to Review a Determination.— Determination unanimously annulled, with fifty dollars costs and disbursements to the petitioners, on the authority of *Matter of National Cash Register Co.* v. *Taylor* (276 N. Y. 208); *Matter of United Artists Corporation* v. *Taylor* (248 App. Div. 207; affd., 273 N. Y. 334); and, also, *Matter of Felt & Tarrant Mfg. Co.* v. *Taylor* (*McGoldrick*) (254 App. Div. 246; affd., 279 N. Y. 678); *Matter of Sears, Roebuck & Co.* v. *Taylor* (*McGoldrick*) (254 App. Div. 669; affd., 279 N. Y. 184); *Matter of Compagnie Generale Transatlantique* v. *McGoldrick* (254 App. Div. 237; affd., 279 N. Y. 192). The comptroller is directed to make refund to petitioner of the tax and penalties paid, with interest thereon from the date of payment. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of THE BERWIND-WHITE COAL MINING COMPANY, Petitioner, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination of the comptroller that the petitioner The Berwind-White Coal Mining Company is liable for a sales tax deficiency unanimously annulled, with fifty dollars costs and disbursements to the petitioner, on the authority of *Matter of National Cash Register Co.* v *Taylor* (276 N. Y. 208); *Matter of Compagnie Generale Transatlantique* v. *McGoldrick* (279 id. 192). The comptroller is directed to make refund to petitioner of the tax and penalties paid, with interest thereon from the date of payment. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of FREDJA SANDLER, by SOL WINOGRADOFF, Her Attorney in Fact, Respondent, for an Order Directing CHARLES H. KELMAN, Esq., and HONOUR B. GELSON, Esq., Attorneys-at-Law, to Turn over to Her and to Pay Certain Moneys Held by Them in Their Joint Account as Attorneys for Said FREDJA SANDLER, and ANNA BENOWITZ, Tenants in Common of the Premises Known as Gresham Court. HONOUR B. GELSON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EDWARD P. DENKMAN, Respondent, v. LILLIAN P. DENKMAN, Also Known as LILLIAN P. CONWELL (Appearing Specially Herein), Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See, also, *ante*, p. 496.]

WILLIAM J. RAPP, as Executor, etc., of MARY E. SMITH, Deceased, v. HELEN MEADE SMITH, as Executrix, etc., of GEORGE EDMUND SMITH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Callahan, JJ.